HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALYRIAN IP LLC

      Plaintiff,

      v.

INFRATEL US, INC.,

      Defendant.

CASE NO. 2:21-CV-1172-RSM

**ORDER EXTENDING TIME
TO ANSWER THE
COMPLAINT**

**<u>JURY TRIAL DEMANDED</u>**

GOOD CAUSE APPEARING, it is hereby ordered that the time for Defendant Infratel; US, Inc. to answer, move, or otherwise respond to Plaintiff Valyrian IP LLC's Complaint is extended to October 28, 2021.

DATED this 19th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER EXTENDING TIME
21-cv-1021 -1

MANN LAW GROUP PLLC
403 Madison Ave N. Suite 240
Bainbridge Island, WA  98110
Phone:  206-436-0900

1

Presented by:

2

MANN LAW GROUP PLLC

3

Attorneys for Plaintiff

4

By:

5

*/Philip P. Mann*        __

6

Philip P. Mann, WSBA # 28860

7

Mann Law Group PLLC
403 Madison Ave., N. Ste. 240

8

Bainbridge Island, WA 98110
(206) 436-0900

9

phil@mannlawgroup.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER EXTENDING TIME
21-cv-1021 -2

28

MANN LAW GROUP PLLC
403 Madison Ave N. Suite 240
Bainbridge Island, WA  98110
Phone:  206-436-0900

## **CERTIFICATE OF SERVICE**

1
2
3

        I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

4

DATED: October 8, 2021            */s/ Philip P. Mann*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER EXTENDING TIME
21-cv-1021 -3

Mann Law Group pllc
403 Madison Ave N. Suite 240
Bainbridge Island, WA  98110
Phone:  206-436-0900