HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALYRIAN IP LLC<br><br>Plaintiff,<br><br>v.<br><br>INFRATEL US, INC.,<br><br>Defendant. | CASE NO. 21-CV-01172-RSM<br><br>**ORDER EXTENDING TIME TO ANSWER THE COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

GOOD CAUSE APPEARING, it is hereby ordered that the time for Defendant Infratel US, Inc. to answer, move, or otherwise respond to Plaintiff Valyrian IP LLC's Complaint is extended to November 29, 2021.

DATED this 27th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF U.S. DISTRICT JUDGE

ORDER EXTENDING TIME
21-cv-01172-RSM

MANN LAW GROUP PLLC
403 Madison Ave N. Suite 240
Bainbridge Island, WA 98110
Phone: 206-436-0900

1  Presented by:

2  MANN LAW GROUP PLLC

3  Attorneys for Plaintiff
   By:
4  /s/ Philip P. Mann
   Philip P. Mann, WSBA #28860
5  Mann Law Group PLLC
   403 Madison Ave. N. Ste. 240
6  Bainbridge Island, WA 98110
   (206) 436-0900
7  phil@mannlawgroup.com

ORDER EXTENDING TIME
21-cv-01172-RSM